KAROL A. MOLNAR STOLARZ AND JOHN STOLARZ
v. GREEN VILLAGE.

May 12, 1988.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed. (See 110 *N.J.* 311)

ETHEL SCHULTZ v. CYRIL S. ARVANITIS, M.D.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CIBA–GEIGY CORPORATION.

May 24, 1988.

Petition for certification granted. (See 222 *N.J.Super.* 343)